IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR-06-88-BMM |
| Plaintiff, | |
| vs. | |
| CHASE CHRISTOPHER DOLAN, | **ORDER** |
| Defendant. | |

United States Magistrate Judge John Johnston entered Findings and Recommendations in this matter on August 11, 2017. (Doc. 104.) Neither party filed objections. When a party makes no objections, the Court need not review *de novo* the proposed Findings and Recommendations. *Thomas v. Arn*, 474 U.S. 140, 153-52 (1986). This Court will review Judge Johnston's Findings and Recommendations, however, for clear error. *McDonnell Douglas Corp. v. Commodore Bus. Mach., Inc.*, 656 F.2d 1309, 1313 (9th Cir. 1981).

Judge Johnston conducted a revocation hearing on July 10, 2017. (Doc. 104 at 2.) Dolan admitted that he violated the conditions of his supervised release. *Id.* at 3. The violations prove serious and warrant revocation of Dolan's supervised release. Judge Johnston has recommended that the Court revoke Dolan's

1

supervised release and commit Dolan to the custody of the Bureau of Prisons for eight months. *Id.* Judge Johnston further has recommended that 24 months of supervised release follow his custody period, and that the supervised release include substance abuse treatment. *Id.*

The Court finds no clear error in Judge Johnston's Findings and Recommendations. Dolan's violations of his conditions represent a serious breach of the Court's trust. A sentence custody of eight months, followed by 24 months supervised release, represents a sufficient, but not greater than necessary sentence.

**IT IS ORDERED** that Judge Johnston's Findings and Recommendations (Doc. 104) is ADOPTED IN FULL.

**IT IS FURTHER ORDERED** that Defendant Chase Christoper Dolan be sentenced to custody for eight months, followed by 24 months supervised release to include substance abuse treatment.

DATED this 28th day of August, 2017.

_____
Brian Morris
United States District Court Judge